**In re INVESTEC BANK LIMITED.**

**No. 2009–1429.**

United States Court of Appeals,
Federal Circuit.

Oct. 8, 2009.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).